HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAM DONAGHE,

    Plaintiff,

v.

HENRY RICHARDS, PH.D, Superintendent, The Special Commitment Center, et al,

    Defendants.

Case No. C08-5491RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Reconsideration [Dkt. #9] of this Court's Order denying plaintiff's request to proceed *in forma pauperis* ("IFP"). Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under CR7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. CR7(h), <u>Local Rules W.D. Wash</u>. Plaintiff alleges that in requesting IFP status he filed the Court's standard form application and that he has always been granted IFP status in the past.[1] Plaintiff is wrong. His original application to proceed IFP in this case was not on the Court's form and it included misleading statements about his income. Furthermore, plaintiff has recently been denied leave to proceed IFP in this Court and on appeal in *Samuel William Donaghe v. Dr. Henry Richards, et al,* C07-5440BHS.

---

[1] Plaintiff is a party in 33 civil cases and one criminal case filed in this Court over the last 18 years.

ORDER
Page - 1

Plaintiff's Motion for Reconsideration [Dkt. #9] is **DENIED**.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE